IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:07CV899 |
| ) | |
| LACY MURCHISON, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

IT APPEARS that Defendant Lacy Murchison is in default for failure to plead or otherwise defend as provided by law; therefore, upon application of Plaintiff, default is hereby entered against the Defendant.

This the 10th day of January, 2008.

    /s/ John S. Brubaker
CLERK, U.S. DISTRICT COURT